**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 20, 2013

_____

DOCKET CORRECTION NOTICE
_____

No. 13-4917,   <u>US v. Darren Harrison</u>
             3:13-cr-00034-RJC-1

TO:     Hannah Valdez Garst

TRANSCRIPT ORDER DUE:  December 26, 2013

Please make the corrections identified below and file a corrected transcript order by the due date indicated using the **Transcript Order form** entry.

| |
|---|
| [ ] Please identify the correct court reporter and file corrected transcript order form with any required CJA 24 form attached. |
| [X] Please file corrected forms, using separate transcript order form and separate CJA 24 form (if required) for each court reporter. (Laura Andersen was not the court reporter for the plea hearing) |
| [ ] Please file corrected transcript order form and CJA 24 form, identifying same proceedings on each form. |
| [ ] Please attach copy of CJA 24 form submitted to district judge and re-file transcript order form with attached CJA 24 form. |
| [ ] Please make satisfactory financial arrangements and refile transcript order form indicating such arrangements have been made. |

Tony Webb, Deputy Clerk
804-916-2702